UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   2:24-mc-00079-FLA-MAR | Date: **July 11, 2024** |
| Title   In Re Subpoena 317 Labs, Inc. | |

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) MINUTE ORDER RE: MOTION TO COMPEL BRIEFING SCHEDULE, DKT. 1**

Plaintiff has filed a motion to compel non-party 317 Labs, Inc. to comply with their Rule 45 subpoena. ("Motion"). ECF Docket No. ("Dkt.") 1. The Court **ORDERS** as follows:

1. 317 Labs, Inc. shall file and serve an opposition, or notice of non-opposition, **on or before July 31, 2024**.

2. Plaintiff may file a Reply no later than **August 14, 2024**. The Motion to Compel will be taken under submission when briefing is complete, without a hearing, unless ordered otherwise.

3. Plaintiff shall serve this Order and a copy of the Motion to Compel on 317 Labs, Inc. and file a proof of service **no later than July 17, 2024**.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | vv |